UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BETTY COLLIER, et al.,<br><br>    Plaintiffs,<br>v.<br><br>MURPHY-BROWN, LLC d/b/a<br>SMITHFIELD HOG PRODUCTION<br>DIVISION,<br><br>    Defendant. | No. 2:14-CV-00056-BR |
| JOHN DEE FAISON, et al.,<br><br>    Plaintiffs,<br>v.<br><br>MURPHY-BROWN, LLC d/b/a<br>SMITHFIELD HOG PRODUCTION<br>DIVISION,<br><br>    Defendant. | No. 7:14-CV-00229-BR |
| GERALDINE and GORDEN HUMPHREY,<br><br>    Plaintiffs,<br>v.<br><br>MURPHY-BROWN, LLC d/b/a<br>SMITHFIELD HOG PRODUCTION<br>DIVISION,<br><br>    Defendant. | No. 7:14-CV-00234-BR |

## **ORDER**

Based on the joint stipulation and motion for entry of proposed order (*Collier* DE # 49; *Faison* DE # 51; *Humphrey* DE # 44), which is ALLOWED, it is hereby ORDERED:

1. Plaintiffs' motions to amend (*Collier* DE # 48; *Faison* DE # 50; *Humphrey* DE # 43) are ALLOWED;

2. Plaintiffs shall file their fourth amended complaints in the above-captioned cases in a manner consistent with plaintiffs' proposed fourth amended complaint for the *Collier* case (*Collier* DE # 48-1) within 30 days from the date of the entry of this order;

3. Defendant shall file any motions or pleadings in response within 30 days from the date of filing of each of plaintiffs' fourth amended complaints; and,

4. Defendant's motions to dismiss (*Collier* DE # 45; *Faison* DE # 47; *Humphrey* DE # 40) plaintiffs' third amended complaints are DENIED as MOOT without prejudice to their renewal.

This 28 August 2018.

_____
W. Earl Britt
Senior U.S. District Judge