**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**No. 7:14-CV-00229-BR**

| | |
|---|---|
| **John Dee Faison, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **Murphy-Brown LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE

This matter comes before the undersigned on the motion of the movant, Thurnell Becton, Executor of the Estate of Viola Christine Herring, requesting that he be substituted as the Plaintiff.

Finding good cause is shown, the Court hereby grants the motion and orders that Thurnell Becton, Executor of the Estate of Viola Christine Herring, is substituted as the Plaintiff for the decedent, and the caption should be modified to substitute for Viola Christine Herring the following: "Thurnell Becton, Executor of the Estate of Viola Christine Herring."

So ordered, this the 26th day of September, 2018.

_____
Robert B. Jones, Jr.
United States Magistrate Judge