UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| Jerry C. Collier, as Executor of the Estate of Bettie C. Collier, et al., | ) ) ) | No. 2:14-CV-00056-BR |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Murphy-Brown, LLC d/b/a Smithfield Hog Production Division, | ) ) ) | |
| Defendant. | ) | |
| John Dee Faison, et al., | ) | No. 7:14-CV-00229-BR |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| Murphy-Brown, LLC d/b/a Smithfield Hog Production Division, | ) ) ) | |
| Defendant. | ) | |
| Geraldine and Gorden Humphrey, | ) | No. 7:14-CV-00234-BR |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| Murphy-Brown, LLC d/b/a Smithfield Hog Production Division, | ) ) ) | |
| Defendant. | ) | |

ORDER

This matter is before the court on plaintiffs' motion to allow the filing of their fourth amended complaint out of time. Defendant does not oppose plaintiffs' request. The motion is ALLOWED. **Within 5 days, plaintiffs shall file their fourth amended complaint, dated, and in the form as attached to their brief in support.** Defendant shall file any motion or pleading in response within 30 days from the date of the filing of the fourth amended complaint.

**Plaintiffs are warned that failure to comply with court-ordered deadlines in the future may result in the imposition of sanctions.**

This 15 February 2019.

_____
W. Earl Britt
Senior U.S. District Judge